UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
HORTENSIA DE LA VEGA

CASE NO.  10-27908-BKC-RAM

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 2,000.00 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: APR 29 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

HORTENSIA DE LA VEGA  
1840 SW 73 COURT RD  
MIAMI, FL 33155

DAVID MARSHALL BROWN, ESQ.  
33 NE 2 STREET SUITE 208  
FORT LAUDERDALE, FL 33301

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.  10-27908-BKC-RAM
HORTENSIA DE LA VEGA

                                                CHAPTER 13


HORTENSIA DE LA VEGA            ---------$      2,000.00

1840 SW 73 COURT RD                             UNDELIVERABLE/STALE
MIAMI, FL 33155                                 CLAIM REGISTER# _0_


DAVID MARSHALL BROWN, ESQ.
33 NE  2 STREET SUITE 208
FORT LAUDERDALE, FL 33301


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130